U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
SEP 2 3 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTISS OIL COMPANY, INC. | CIVIL ACTION NO. 07-1745 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| T3 ENERGY SERVICES, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Neeco's motion to dismiss, doc. #11, is GRANTED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of September, 2008.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**